IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: GENOVEVA COLON SERRANO

Bkrtcy. No. 11-02680-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: | Mar 31, 2011 |
| Meeting Date: | May 05, 2011 |
| DC Track No.: | 12 |
| Days from petition date: | 35 |
| Meeting Time: | 11:00 AM |
| 910 Days before Petition: | 10/2/2008 |
| Chapter 13 Plan Date: | Mar 31, 2011 Dkt.# 2 |
| ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | |
| Plan Base: | $14,325.00 |
| This is the ___ Scheduled Meeting | |
| Confirmation Hearing Date: | May 24, 2011 |
| Time: | 9:00 AM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount |
| Total Paid In: | $210.00 |

### I. Appearances:
- ☐ Telephone ☐ Video Conference
- ☒ Debtor Present — ☒ ID & Soc. OK — ☐ Debtor Absent
- ☐ Joint Debtor Present — ☐ ID & Soc. OK — ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☒ Substitute attorney: Lcda. Henriquez ~~Pro-se~~.

☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **MARILYN VALDES ORTEGA***
- Total Agreed: $3,000.00
- Paid Pre-Petition: $0.00
- Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.
- Liquidation Value: TBA
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBA
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: May 27, 2011 @ 10:00 am

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) Debtor retire under Ley 70. from the govertment. Early retirement receiving 1/2 of their income

(2) Submit certificate of sick leave and vacation pay.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 7

Date: May 05, 2011