# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: GENOVEVA COLON SERRANO

Bkrtcy. No. 11-02680-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: | Mar 31, 2011 |
| Days from petition date | 165 |
| 910 Days before Petition | 10/2/2008 |
| This is debtor(s) 1st Bankruptcy petition. | |
| This is the 2nd Scheduled Meeting | |
| Meeting Date | Sep 12, 2011 |
| Meeting Time | 10:00 AM |
| ☐ Chapter 13 Plan Date | Aug 25, 2011 Dkt.# 21 ☐ Amended. |
| Plan Base: | $9,450.00 |
| Confirmation Hearing Date: | Oct 06, 2011  Time: 9:00 AM |
| DC Track No. | 11 |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Total Paid In: $1,050.00

### I. Appearances: ☐ Telephone ☐ Video Conference
- ☒ Debtor Present
- ☒ ID & Soc. OK
- ☐ Debtor Absent
- ☐ Joint Debtor Present
- ☐ ID & Soc. OK
- ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.
- ☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00  Paid Pre-Petition: $0.00  Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.
- Liquidation Value: $8,128.00
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)]
- Gen. Unsecured Pool: N/A
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:  UB $141,000.00
- (1) ☒ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☒ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) 2010 tax return (seen @ 341 meeting) must be uploaded.
T. to verify the value of property listed in Sch. A.
(1) Debtor is objecting Claim #1.
the plan might be amended to eliminate 100% to GU creditors provision.

/s/ José R. Carrión
Trustee   Presiding Officer

Page 1 of 1   Date: Sep 12, 2011