IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**GENOVEVA COLON SERRANO**<br>DEBTOR(S) | CASE NUM.: 11-02680 SEK<br><br>CHAPTER 13 (ASSET CASE) |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 9/16/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16th, day of September 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                              Case No. **11-02680-SEK**

**COLON SERRANO, GENOVEVA**                Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **9/16/2011**
☐ PRE ☐ POST-CONFIRMATION                         Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **210.00** x **45** = $ **9,450.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **9,450.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **9,450.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: /s/ GENOVEVA COLON SERRANO
         Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**
CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**    Cr. _____    Cr. _____
# **2991**    # _____    # _____
$ **1.00**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02680-SEK13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor GENOVEVA COLON SERRANO
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-02680-SEK13 Notice will not be electronically mailed to:**

AUTORIDAD FINANCIAMIENTO VIVIENDA PR
PO BOX 190345
SAN JUAN, PR 00919-0345

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR 00936-6818

CITIFINANCIAL PLUS
PO BOX 71325, SUITE 67
SAN JUAN, PR 00936

CONDOMINIO QUINTANA
ADMINISTRACION
HATO REY, PR 00917

CREDIT COLLECTION CORP
PO BOX 8939
CAROLINA, PR 00988

CREDIT COLLECTION CORP
PLAZA CAROLINA STA
PO BOX 8939
CAROLINA, PR 00988-8939

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR 00918

DEPT DE TRANSPORTACION Y OBRAS PUBLICAS
CENTRO GUBERNAMENTAL MINILLAS EDIF.
SUR, PISO 17 AVE. DE DIEGO
SANTURCE, PR 00940

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

ISLAND FINANCE
D/B/A SANTANDER FINANCE
PO BOX 362589
SAN JUAN, PR 00936-2589

MONEY EXPRESS
963 Ave Américo Miranda
REPARTO METROPOLITANO
SAN JUAN, PR 00921

MULTIPAGO
PO BOX 71440
SAN JUAN, PR 00936

MUNICIPIO DE SAN JUAN
PO BOX 4355
SAN JUAN, PR 00901

PUERTO RICO TELEPHONE COMPANY
#562 AVE JUAN PONCE DE LEOJN
HATO REY, PR 00918

T-MOBILE
PO BOX 660252
DALLA, TX 75266-0252

URBAN TRANSIT SOLUTIONS
CALLE RODRIGO DE TRIANA 423
ESQ HOSTOS URB EL VEDADO
SAN JUAN, PR 00918